# United States District Court
## Eastern District of California

| | |
|---|---|
| UNITED STATES OF AMERICA<br>v.<br>**EDUARDO HERNANDEZ** | **JUDGMENT IN A CRIMINAL CASE**<br>(For Offenses Committed On or After November 1, 1987)<br>Case Number: **5:11-MJ-00030 JLT** |

R. Hill
_____
Defendant's Attorney

### THE DEFENDANT:

[✔]  pleaded guilty to count(s): 1 of the Violation Notice .
[ ]  pleaded nolo contendere to counts(s) ___ which was accepted by the court.
[ ]  was found guilty on count(s) ___ after a plea of not guilty.

ACCORDINGLY, the court has adjudicated that the defendant is guilty of the following offense(s):

| Title & Section | Nature of Offense | Date Offense Concluded | Count Number(s) |
|---|---|---|---|
| 36 CFR 261.9(a) | Damaging any Natural Feature or Other Property of the U.S. | 2/1/2011 | 1 |

The defendant is sentenced as provided in pages 2 through  4  of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

[ ]  The defendant has been found not guilty on counts(s)  ___ and is discharged as to such count(s).

[ ]  Count(s) ___ (is)(are) dismissed on the motion of the United States.

[ ]  Indictment is to be dismissed by District Court on motion of the  United States.

[✔]  Appeal rights given.          [ ]  Appeal rights waived.

IT IS FURTHER ORDERED that the defendant shall notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid.  If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

6/7/2011
_____
Date of Imposition of Judgment

_____
Signature of Judicial Officer

**JENNIFER L. THURSTON**, United States Magistrate Judge
_____
Name & Title of Judicial Officer

6/8/11
_____
Date

AO 245B-CAED (Rev. 3/04) Sheet 4 - Probation

| | | |
|---|---|---|
| CASE NUMBER: | 5:11-MJ-00030 JLT | Judgment - Page 2 of 4 |
| DEFENDANT: | EDUARDO HERNANDEZ | |

## *PROBATION*

The defendant is hereby sentenced to UNSUPERVISED PROBATION for a term of <u>2 years</u> .

The defendant shall not commit another federal, state, or local crime.

Case 5:11-mj-00030-JLT   Document 4   Filed 06/08/11   Page 3 of 4

| CASE NUMBER: | 5:11-MJ-00030 JLT | Judgment - Page 3 of 4 |
|---|---|---|
| DEFENDANT: | EDUARDO HERNANDEZ | |

## CRIMINAL MONETARY PENALTIES

The defendant must pay the total criminal monetary penalties under the Schedule of Payments on Sheet 6.

|  | Assessment | Fine | Restitution |
|---|---|---|---|
| Totals: | $ 10.00 | $ Waived | $ 622.50 |

[✔]  The defendant must make restitution (including community restitution) to the following payees in the amount listed below.

| Name of Payee | Total Loss* | Restitution Ordered | Priority or Percentage |
|---|---|---|---|
| U.S. Forest Service Sequoia Nat'l Forest | | | |
| TOTALS: | $622.50 | $622.50 | |

** Findings for the total amount of losses are required under Chapters 109A, 110, 110A, and 113A of Title 18 for offenses committed on or after September 13, 1994, but before April 23, 1996.

CASE NUMBER:        5:11-MJ-00030 JLT                                    Judgment - Page 4 of 4
DEFENDANT:          EDUARDO HERNANDEZ

## *SCHEDULE OF PAYMENTS*

Payment of the total fine and other criminal monetary penalties shall be due as follows:

[✔] Special Assessment payment of $10.00 due within 30 days from date of sentencing.

[✔] Monthly payments of $25.00 starting 7/1/2011 and due every month until paid in full.

Payments must be made by Check or Money Order, payable to: Clerk, U.S.D.C. and mailed to:

OFFICE OF THE CLERK
U.S. District Court
Attn: Financial
2500 Tulare Street, Rm 1501
Fresno, CA 93721

Your check or money order must indicate your name and case number to ensure your account is credited for payment received.

Payments shall be applied in the following order: (1) assessment; (2) restitution principal; (3) restitution interest, (4) fine principal, (5) fine interest, (6) community restitution, (7) penalties, and (8) costs, including costs of prosecution and court costs.